UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC -3 AM 9:47

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) '07 MJ 2790 |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Pablo CARDOSO-Julian,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **November 29, 2007** within the Southern District of California, defendant, **Pablo CARDOSO-Julian,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **DECEMBER, 2007**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Pablo CARDOSO-Julian

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On November 29, 2007, Border Patrol Agent M. Aguiar was performing his assigned duties in the Campo, California area of operations. At approximately 2:00 p.m., Agent Aguiar responded to a seismic intrusion device activation in an area located about 10 miles east of the Tecate, California Port of Entry and less than 1 mile north of the United States/Mexico International border. Individuals attempting to further their entry into the United States frequently use this area. Approximately 45 minutes later, while attempting to reach the area of the seismic activity, Agent Aguiar encountered five individuals heading northbound. Upon encountering the five subjects, Agent Aguiar immediately identified himself as a U.S. Border Patrol Agent and questioned each subject as to their citizenship and immigration status, including one later identified as the defendant **Pablo CARDOSO-Julian**. All subjects freely admitted to Agent Aguiar to being citizens and nationals of Mexico illegally present in the United States. All subjects, including the defendant, were arrested without incident and transported to the Border Patrol Station in Campo, California for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **May 22, 2007** through **Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted once again to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally. The defendant further admitted that he entered illegally into the United States by climbing the international border fence on November 29, 2007.

**Executed on December 1, 2007 at 8:30 a.m.**

_____
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **November 29, 2007**, in violation of Title 8, United States Code, Section 1326.

_____            12/1/ 2007 at 11:05 a.m.
Ruben B. Brooks                                                     Date/Time
United States Magistrate Judge