1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721

FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PABLO CARDOSO-JULIAN,<br><br>　　　　Defendant | Case No: 307-MJ-02790-RBB<br><br>**SUBSTITUTION OF ATTORNEY** |

PABLO CARDOSO-JULIAN _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, JENNIFER L COON _____.

DATED: 12-17-07 _____   X _____ [signature]
　　　　　　　　　　　　　　　　　　　　DEFENDANT

I consent to the above substitution.

DATED: 12/26/07 _____   _____ [signature]
　　　　　　　　　　　　　　　　　　　　PRESENT ATTORNEY

　　　　　　　　　1　　　　　　　307-MJ-02790-RBB-1

1  //
2  I am duly admitted to practice in this district.
3  I accept the above substitution.
4
5  DATED: 12-17-07
6                                              NEW ATTORNEY
7
8  Please check one: ✓ RETAINED, or ____ APPOINTED BY THE
9  COURT.
10
11 DATED:                              APPROVED:
12  12/26/07
13                                UNITED STATES DISTRICT COURT MAGISTRATE
14 Judge

2

307-MJ-02790-RBB-1