AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| PABLO CARDOSO-JULIAN | CASE NUMBER: 08CR007-BEN |

I, PABLO CARDOSO-JULIAN, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/2/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JAN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Defendant

Pablo Cardoso

Counsel for Defendant

Christian De Olivas

Before _____
JUDICIAL OFFICER